THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH C. STENCIL et al., Appellants, *v.* HENRY HULL, as Sheriff of the County of Orange, Respondent.

*Appeal — habeas corpus — appeal dismissed where judgment of conviction has been reversed.*

*People ex rel. Stencil* v. *Hull,* 219 App. Div. 793, appeal dismissed. (Argued October 11, 1927; decided November 22, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1927, which affirmed an order of Special Term dismissing a writ of habeas corpus.

*Henry Hirschberg* for appellants.

*Elmer H. Lemon, District Attorney,* for respondent.

Appeal dismissed on the ground that the judgment of conviction of the relators has been reversed.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.